**\*E-FILED\***
**March 7, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOMBARDI, JR., | No. C 05-05219 RS |
| Plaintiff, | |
| v. | **ORDER** |
| PLEASURE COVE RESORT ASSET MANAGEMENT GROUP, et al., | |
| Defendant. | |

A motion has been filed that cannot be heard by a magistrate judge without the consent of the parties, therefore,

IT IS HEREBY ORDERED that all parties shall either file written consent to the jurisdiction of the magistrate judge or request reassignment to a district judge no later than **March 10, 2006**.

Dated: March 7, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Thomas W. Barth    tbarth@kmtg.com, spereda@kmtg.com

Joseph E Dworak    jed@berliner.com

Steven H. Herman    shhlaw@aol.com

Claire Lencioni Imelli    claire.imelli@berliner.com

Lawrence James Less    madgm@aol.com,

Gerald Charles Vanoli    gvanoli@yahoo.com, lavanoli@yahoo.com

Craig Kenneth Welch    WELCH@WELCHOLRICH.COM

Dated: March 7, 2006

                                                /s/ BAK
                                                Chambers of Magistrate Judge Richard Seeborg