03/08/2006 11:47 FAX 4089382577    BerlinerCohen                    ☑005/007
MAR-07-2006  03:51           4  36 6927                         415 436 6927    P.04/06
Case 5:05-cv-05219-RS   Document 22   Filed 03/09/06   Page 1 of 6

1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
   Northern District of California
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  CHARLES O'CONNOR (SBN 56320)
   Assistant United States Attorney
4  450 Golden Gate Avenue, 10th Floor
   P.O. Box 36055
5  San Francisco, California 94102-3495
   Tel: (415) 436-7180
6  Fax: (415) 436-6748

7  Attorneys for Cross-Defendant
   BUREAU OF RECLAMATION and
8  UNITED STATES OF AMERICA

**FILED**

MAR - 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| DONALD LOMBARDI, JR., <br><br> Plaintiff, <br><br> v. <br><br> PLEASURE COVE RESORT ASSET MANAGEMENT GROUP, A GENERAL PARTNERSHIP, STEVEN B. PETTY, GARY FREITAS, MIKE BONANNO, JEFFREY MORGAN AND DOES 1-10, INCLUSIVE, <br><br> Defendants. | Case No. C 05-05219 RS <br><br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO REFER CASE TO BANKRUPTCY COURT** |
| STEVEN B. PETTY, <br><br> Defendant/Cross-Complainant, <br><br> v. <br><br> FOREVER RESORTS dba PLEASURE, COVE MARINA LLC AND THE BUREAU OF RECLAMATION, and ROES 1-10, INCLUSIVE, <br><br> Cross-Defendants. | Date: March 22, 2006 <br> Time: 9:30 a.m. |

**RECEIVED**

MAR 08 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IT IS HEREBY STIPULATED by the parties to this action, through their respective undersigned attorneys, that the hearing on the motion to refer this case to Bankruptcy Court, filed by defendant Pleasure Resort Cove Asset Management Group, LLC, may be continued from March 22, 2006 to April 12, 2006, at 9:30 a.m., and heard at 280 South First Street, San Jose, California.

DATED: March 8, 2006

Respectfully submitted,

BERLINER & COHEN

_____
JOSEPH E. DWORAK
Attorneys for Plaintiff

DATED: March ___, 2006

WELCH & OLRICH, LLP

_____
CRAIG K. WELCH
Attorneys for Defendant Pleasure Cove Resort Asset Management Group, LLC

DATED: March ___, 2006

GERALD C. VANOLI, ATTORNEY-AT-LAW

_____
GERALD C. VANOLI
Attorney for Defendants Mike Bonnano and Gary Freitas

STIP & ORDER TO CONTINUE HEARING
*Lombardi v. Pleasure, etc.*, C 05-05219 RS                -2-

1  IT IS HEREBY STIPULATED by the parties to this action, through their respective
2  undersigned attorneys, that the hearing on the motion to refer this case to Bankruptcy Court, filed
3  by defendant Pleasure Resort Cove Asset Management Group, LLC, may be continued from
4  March 22, 2006 to April 12, 2006, at 9:30 a.m., and heard at 280 South First Street, San Jose,
   California.

Respectfully submitted,

DATED: March___, 2006

BERLINER & COHEN

_____
JOSEPH E. DWORAK

Attorneys for Plaintiff

DATED: March 7, 2006

WELCH & OLRICH, LLP

_____
CRAIG K. WELCH

Attorneys for Defendant Pleasure Cove
Resort Asset Management Group, LLC

DATED: March___, 2006

GERALD C. VANOLI, ATTORNEY-AT-LAW

_____
GERALD C. VANOLI

Attorney for Defendants Mike Bonnano and
Gary Freitas

STIP & ORDER TO CONTINUE HEARING
*Lombardi v. Pleasure, etc.* C 05-05219 RS    -2-

IT IS HEREBY STIPULATED by the parties to this action, through their respective undersigned attorneys, that the hearing on the motion to refer this case to Bankruptcy Court, filed by defendant Pleasure Resort Cove Asset Management Group, LLC, may be continued from March 22, 2006 to April 12, 2006, at 9:30 a.m., and heard at 280 South First Street, San Jose, California.

Respectfully submitted,

DATED: March___, 2006             BERLINER & COHEN

                                  _____
                                  JOSEPH E. DWORAK
                                  Attorneys for Plaintiff

DATED: March___, 2006             WELCH & OLRICH, LLP

                                  _____
                                  CRAIG K. WELCH
                                  Attorneys for Defendant Pleasure Cove
                                  Resort Asset Management Group, LLC

DATED: March ___, 2006            GERALD C. VANOLI, ATTORNEY-AT-LAW

                                  _____
                                  GERALD C. VANOLI
                                  Attorney for Defendants Mike Bonnano and
                                  Gary Freitas

STIP & ORDER TO CONTINUE HEARING
*Lombardi v. Pleasure, etc.*, C 05-05219 RS
                                   -2-

| | | |
|---|---|---|
| 1 | DATED: March 7, 2006 | KRONICK, MOSKOVITZ, TIEDEMAN, & GIRARD |
| 2 | | |
| 3 | | |
| 4 | | THOMAS W. BARTH |
| 5 | | Attorneys for Defendant Jeffrey Morgan |
| 6 | | |
| 7 | DATED: March___, 2006 | LESS & WEAVER |
| 8 | | |
| 9 | | LAWRENCE JAMES LESS |
| 10 | | Attorneys for Defendant/Cross-complainant Steven B. Petty |
| 11 | | |
| 12 | | |
| 13 | DATED: March___, 2006 | KEVIN V. RYAN<br>United States Attorney |
| 14 | | |
| 15 | | |
| 16 | | CHARLES M. O'CONNOR<br>Assistant United States Attorney |
| 17 | | Attorneys for Cross-Defendant United States of America |
| 18 | | |
| 19 | | |
| 20 | | **ORDER** |
| 21 | IT IS SO ORDERED. | |
| 22 | | |
| 23 | DATED: March 9, 2006 | RICHARD SEEBORG<br>U.S. Magistrate Judge |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | STIP & ORDER TO CONTINUE HEARING | |
| 28 | *Lombardi v. Pleasure, etc.*, C 05-05219 RS | |

-3-

| | | |
|---|---|---|
| 1 | DATED: March___, 2006 | KRONICK, MOSKOVITZ, TIEDEMAN, & GIRARD |

_____
THOMAS W. BARTH

Attorneys for Defendant Jeffrey Morgan

DATED: March **8**, 2006         LESS & WEAVER

_____
LAWRENCE JAMES LESS

Attorneys for Defendant/Cross-complainant
Steven B. Petty

DATED: March **8**, 2006         KEVIN V. RYAN
                                 United States Attorney

_____
CHARLES M. O'CONNOR
Assistant United States Attorney

Attorneys for Cross-Defendant
United States of America

**ORDER**

IT IS SO ORDERED.

DATED: March___, 2006

_____
RICHARD SEEBORG
U.S. Magistrate Judge

STIP & ORDER TO CONTINUE HEARING
*Lombardi v. Pleasure, etc.*, C 05-05219 RS

-3-