**\*E-FILED 3/23/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD LOMBARDI, JR., | NO. C 05-05219 RS |
| Plaintiff, | **ORDER RE SETTING MOTION HEARING** |
| v. | |
| PLEASURE COVE RESORT ASSET MANAGEMENT GROUP, et al, | |
| Defendants. | |

The motion of defendant Pleasure Cove Asset Management Group, LLC to transfer this proceeding to Bankruptcy Court, presently set for hearing on April 12, 2006 shall instead be heard on April 26, 2006, to permit it to be considered concurrently with the motion for summary judgment filed by the United States. This order does *not* alter the briefing schedule for either motion.

The initial Case Management Conference in this action is continued until May 10, 2006.

IT IS SO ORDERED.

Dated: 3/23/06

RICHARD SEEBORG
United States Magistrate Judge

ORDER RE SETTING MOTION HEARING
C 05-05219 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Thomas W. Barth    tbarth@kmtg.com, spereda@kmtg.com

Joseph E Dworak    jed@berliner.com

Steven H. Herman    shhlaw@aol.com

Claire Lencioni Imelli    claire.imelli@berliner.com

Lawrence James Less    madgm@aol.com,

Charles M. O'Connor    charles.o' connor@usdoj.gov

Gerald Charles Vanoli    gvanoli@yahoo.com, lavanoli@yahoo.com

Craig Kenneth Welch    WELCH@WELCHOLRICH.COM

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 3/23/06**                                                          **Chambers of Judge Richard Seeborg**

                                                       **By:**       **/s/ BAK**

ORDER RE SETTING MOTION HEARING
C 05-05219 RS

2