LAWRENCE JAMES LESS, ESQ. (SBN 77168)

**LESS & WEAVER**
ATTORNEYS AT LAW
SUTTER PLAZA
1388 SUTTER STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94109-5453
TEL 415/398-9800 • FAX 415/989-0841

Attorneys for Defendant/Cross-complainant
STEVEN B. PETTY

**FILED**

MAR 3 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD LOMBARDI, JR., <br> Plaintiff, <br> vs. <br> PLEASURE COVE RESORT ASSET MANAGEMENT GROUP, A GENERAL PARTNERSHIP, STEVEN B. PETTY, GARY FREITAS, MIKE BONANNO, JEFFREY MORGAN AND DOES 1-10, INCLUSIVE, <br> Defendants <br> AND RELATED CROSS-ACTION | No. C 05-05219-RS <br><br> **STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT MOTION AND MOTION TO REFER CASE TO BANKRUPTCY COURT** <br><br> Date:  April 26, 2006 <br> Time:  9:30 a.m. |

///
///
///
///
///
///
///

STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT MOTION AND MOTION TO
REFER CASE TO BANKRUPTCY COURT

1

1  IT IS HEREBY STIPULATED by the parties to this action, through their respective
2  undersigned attorneys at the request of Lawrence James Less due to medical reasons related to
3  all counsel, that the Motion for Summary Judgment and the Motion to Refer this case to
4  Bankruptcy Court be continued from April 26, 2006 to May 30, 2006 at 9:30 a.m. to be heard at
5  280 South First Street, San Jose, California. Opposition briefs are due May 10, 2006 and reply
6  briefs, if any, are due May 17, 2006.

7                                          Respectfully submitted,

8  Dated: March 30, 2006                   LESS & WEAVER

10                                         _____
                                           Lawrence James Less, Esq.
11                                         Attorneys for Defendant/Cross-Complainant
                                           Steven B. Petty

13 Dated: March ___, 2006                  BERLINER & COHEN

15                                         _____
                                           Claire L. Imelli, Esq.
16                                         Attorneys for Plaintiff

17
18 Dated: March ___, 2006                  WELCH & ORLICH, LLP

20                                         _____
                                           Craig K. Welch, Esq.
21                                         Attorneys for Defendant Pleasure Cove
                                           Resort Asset Management Group, LLC

22
23 Dated: March ___, 2006                  GERALD C. VANOLI, ATTORNEY-AT-LAW

25                                         _____
                                           Gerald C. Vanoli, Esq.
26                                         Attorneys for Defendants Mike Bonnano and
                                           Gary Freitas

27
28 **STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT MOTION AND MOTION TO REFER CASE TO BANKRUPTCY COURT**

2

1  IT IS HEREBY STIPULATED by the parties to this action, through their respective
2  undersigned attorneys at the request of Lawrence James Less due to medical reasons related to
3  all counsel, that the Motion for Summary Judgment and the Motion to Refer this case to
4  Bankruptcy Court be continued from April 26, 2006 to May 30, 2006 at 9:30 a.m. to be heard at
5  280 South First Street, San Jose, California. Opposition briefs are due May 10, 2006 and reply
6  briefs, if any, are due May 17, 2006.

Respectfully submitted,

Dated: March ___, 2006        LESS & WEAVER

_____
Lawrence James Less, Esq.
Attorneys for Defendant/Cross-Complainant
Steven B. Petty

Dated: March 29, 2006        BERLINER & COHEN

_____
Claire L. Imelli, Esq.
Attorneys for Plaintiff

Dated: March ___, 2006        WELCH & ORLICH, LLP

_____
Craig K. Welch, Esq.
Attorneys for Defendant Pleasure Cove
Resort Asset Management Group, LLC

Dated: March ___, 2006        GERALD C. VANOLI, ATTORNEY-AT-LAW

_____
Gerald C. Vanoli, Esq.
Attorneys for Defendants Mike Bonnano and
Gary Freitas

STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT MOTION AND MOTION TO
REFER CASE TO BANKRUPTCY COURT

2

1   IT IS HEREBY STIPULATED by the parties to this action, through their respective
2   undersigned attorneys at the request of Lawrence James Less due to medical reasons related to
3   all counsel, that the Motion for Summary Judgment and the Motion to Refer this case to
4   Bankruptcy Court be continued from April 26, 2006 to May 30, 2006 at 9:30 a.m. to be heard at
5   280 South First Street, San Jose, California. Opposition briefs are due May 10, 2006 and reply
6   briefs, if any, are due May 17, 2006.

                                          Respectfully submitted,

Dated: March ___, 2006                    LESS & WEAVER


                                          _____
                                          Lawrence James Less, Esq.
                                          Attorneys for Defendant/Cross-Complainant
                                          Steven B. Petty


Dated: March ___, 2006                    BERLINER & COHEN


                                          _____
                                          Claire L. Imelli, Esq.
                                          Attorneys for Plaintiff


Dated: March 30, 2006                     WELCH & ORLICH, LLP

                                          /s/ Craig K. Welch
                                          _____
                                          Craig K. Welch, Esq.
                                          Attorneys for Defendant Pleasure Cove
                                          Resort Asset Management Group, LLC


Dated: March ___, 2006                    GERALD C. VANOLI, ATTORNEY-AT-LAW


                                          _____
                                          Gerald C. Vanoli, Esq.
                                          Attorneys for Defendants Mike Bonnano and
                                          Gary Freitas

STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT MOTION AND MOTION TO
REFER CASE TO BANKRUPTCY COURT

2

1  IT IS HEREBY STIPULATED by the parties to this action, through their respective
2  undersigned attorneys at the request of Lawrence James Less due to medical reasons related to
3  all counsel, that the Motion for Summary Judgment and the Motion to Refer this case to
4  Bankruptcy Court be continued from April 26, 2006 to May 30, 2006 at 9:30 a.m. to be heard at
5  280 South First Street, San Jose, California. Opposition briefs are due May 10, 2006 and reply
6  briefs, if any, are due May 17, 2006.

Respectfully submitted,

Dated: March   , 2006

LESS & WEAVER

_____
Lawrence James Less, Esq.
Attorneys for Defendant/Cross-Complainant
Steven B. Petty

Dated: March 27, 2006

BERLINER & COHEN

_____
Claire L. Imelli, Esq.
Attorneys for Plaintiff

Dated: March   , 2006

WELCH & ORLICK, LLP

_____
Craig K. Welch, Esq.
Attorneys for Defendant Pleasure Cove
Resort Asset Management Group, LLC

Dated: March   , 2006

GERALD C. VANOLI, ATTORNEY-AT-LAW

_____
Gerald C. Vanoli, Esq.
Attorneys for Defendants Mike Bonzano and
Gary Freitas

STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT MOTION AND MOTION TO
REFER CASE TO BANKRUPTCY COURT

2

Dated: March 30, 2006

KRONICK, MOSKOVITZ, TIEDEMAN, & GIRARD

_[signature]_

Thomas W. Barth, Esq.
Attorneys for Defendant Jeffrey Morgan

Dated: March ___, 2006

KEVIN V. RYAN, ESQ.
United States Attorney

_____
Charles M. O'Connor, Esq.
United States Attorney
Attorneys for Cross-Defendant
United States of America

Dated: March ___, 2006

LAW OFFICES OF STEVEN H. HERMAN

_____
Steven H. Herman, Esq.
Attorneys for Cross-Defendants Forever Resorts
dba Pleasure Cove Marina LLC

**ORDER**

IT IS SO ORDERED.

Dated: ~~April~~ 3/31/, 2006

_[signature]_

Richard Seeborg
U.S. Magistrate Judge

STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT MOTION AND MOTION TO REFER CASE TO BANKRUPTCY COURT

3

1  Dated: March ___, 2006           KRONICK, MOSKOVITZ, TIEDEMAN, &
2                                    GIRARD
3
4                                    _____
                                     Thomas W. Barth, Esq.
5                                    Attorneys for Defendant Jeffrey Morgan
6
7  Dated: March 31, 2006             KEVIN V. RYAN, ESQ.
8                                    United States Attorney

9                                    [signature]

10                                   Charles M. O'Connor, Esq.
                                     United States Attorney
11                                   Attorneys for Cross-Defendant
                                     United States of America
12

13 Dated: March 28, 2006             LAW OFFICES OF STEVEN H. HERMAN
14
15
16                                   _____
                                     Steven H. Herman, Esq.
17                                   Attorneys for Cross-Defendants Forever Resorts
                                     dba Pleasure Cove Marina LLC
18
19                                   ORDER

20         IT IS SO ORDERED.
21
22 Dated: April ___, 2006            _____
                                     Richard Seeborg
23                                   U.S. Magistrate Judge
24
25
26
27
28 STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT MOTION AND MOTION TO
                      REFER CASE TO BANKRUPTCY COURT
                                    3